**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-2701-WJM-CBS

ANTHONY LEWIS,

    Petitioner,

v.

DEVIN LEWIS

    Respondent.

---

**ORDER ON ISSUES RAISED AT STATUS CONFERENCE**

---

On November 1, 2013, the Court held a status conference in this case. Petitioner appeared through counsel and Respondent appeared *pro se*. The Court granted Respondent's request for appointment of counsel from the Court's civil *pro bono* panel, and will enter a separate order appointing counsel.

During the hearing, the Court found that Petitioner had established good cause for his request that Respondent not remove the minor child, T.L., from the State of Colorado. Accordingly, the Court ORDERS that T.L. is to continue to reside in Colorado with Respondent at her home, and shall not be removed from the state of Colorado until further order of this Court.

The Court further ORDERS that Respondent's Response to the Petition shall be due no later than December 4, 2013.

The Court further ORDERS the Clerk to correct Respondent's address on the docket to be 3793 S. Uravan Way, Aurora, Colorado 80013.

A further status conference is hereby SET for December 6, 2013 at 10:00 a.m. in Courtroom A801. At this status conference, the Court will set a date for the evidentiary hearing on the merits of this case, as well as set a briefing schedule for the submission of prehearing briefs.

Dated this 1st day of November, 2013.

BY THE COURT:

William J. Martinez
United States District Judge